| | |
|---|---|
| Ryan J. Hesselgesser, WSBA #40720<br>John B. McDonald, WSBA #57511<br>Forsberg & Umlauf, P.S.<br>401 Union St., Suite 1400<br>Seattle, WA 98101<br>Phone: (206) 689-8500<br>rhesselgesser@foum.law<br>jmcdonald@foum.law<br>*Attorneys for Defendant* | **Honorable Mary K. Dimke** |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| SHANE CHESTER and AMBRY CHESTER, individually and as the marital community thereof,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign insurance company,<br><br>Defendant. | No. 2:25-cv-00219-MKD<br><br>**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' COMPLAINT FOR DAMAGES** |

Defendant State Farm Fire & Casualty Company ("State Farm"), by and through its attorneys of record, hereby Answer Plaintiffs Shane Chester and Ambry Chester's Complaint ("Complaint") for Damages as follows:

Defendant's Answer and Affirmative Defenses
to Plaintiffs' Complaint for Damages – 1
Case No.: 2:25-cv-00219-MKD

4925-0020-0276, v. 1

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

## I. PARTIES, JURISDICTION, VENUE

1.1    Upon information and belief, Plaintiffs Shane Chester and Ambry Chester ("Plaintiffs") reside in Spokane County.

1.2    State Farm admits it is a foreign insurer domiciled in the State of Illinois and licensed to do business in the State of Washington. State Farm denies any remaining allegations.

1.3    State Farm admits it conducts business in Washington. State Farm denies any remaining allegations.

1.4    State Farm admits the loss occurred at 15211 E. 4th Avenue, Spokane Valley, Washington.

1.5    State Farm admits venue is appropriate in the United States District Court, Eastern District of Washington.

1.6    Paragraph 1.6 is not directed at State Farm and does not require an answer. To the extent a response is required, State Farm denies.

## II. FACTS

2.1    Paragraph 2.1 is an incorporation paragraph to which no response is required. To the extent a response is required, State Farm denies.

2.2    State Farm admits it issued Policy number 47-G6-3995-2 (the "Policy") to Plaintiffs. State Farm admits the property insured under the Policy issued to

Defendant's Answer and Affirmative Defenses
to Plaintiffs' Complaint for Damages – 2
Case No.: 2:25-cv-00219-MKD

4925-0020-0276, v. 1

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 689-8500 • (206) 689-8501 FAX

Plaintiff is located at 15211 E. 4th Avenue, Spokane Valley, Washington. State Farm denies any remaining allegations in Paragraph 2.2.

2.3  State Farm admits the Policy is a written document which speaks for itself and its terms, conditions, provisions, and exclusions are incorporated herein. The Policy provides benefits according to its terms, conditions provisions, and exclusions. To the extent the allegations in paragraph 2.3 of the Complaint conflict with the Policy's terms, conditions, provisions, and exclusions, State Farm denies.

2.4  State Farm admits Plaintiffs have asserted first-party claims. State Farm denies any remaining allegations in Paragraph 2.4.

2.2 [sic]  Deny.

2.3 [sic]  Deny.

2.4 [sic]  State Farm admits that Restoration 1 has provided invoices for mitigation services at the loss location. State Farm is without sufficient information to admit or deny the remaining allegations of Second Paragraph 2.4 and therefore denies the same.

2.5  State Farm does not have personal knowledge of Plaintiffs' contractual relationship with Property Claim Advocates and therefore denies the allegations. State Farm denies any remaining allegations in Paragraph 2.5.

Defendant's Answer and Affirmative Defenses
to Plaintiffs' Complaint for Damages – 3
Case No.: 2:25-cv-00219-MKD

4925-0020-0276, v. 1

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

2.6    State Farm admits Property Claim Advocates provided State Farm with a letter of representation in connection with Plaintiffs' claim. State Farm denies any remaining allegations in Paragraph 2.6.

2.7    Deny.

2.8    State Farm admits that in December of 2024 and January of 2025 it attempted to schedule a recorded interview with Plaintiffs. State Farm denies any remaining allegations in Paragraph 2.8.

2.9    Deny.

2.10    State Farm is without sufficient information to admit or deny the allegations of Paragraph 2.10 and therefore denies the same.

2.11    State Farm is without sufficient information to admit or deny the allegations of Paragraph 2.11 and therefore denies the same.

2.12    State Farm admits the Policy is a written document which speaks for itself and its terms, conditions, provisions, and exclusions are incorporated herein. The Policy provides benefits according to its terms, conditions provisions, and exclusions. To the extent the allegations in paragraph 2.12 of the Complaint conflict with the Policy's terms, conditions, provisions, and exclusions, State Farm denies. State Farm denies any remaining allegations in Paragraph 2.12.

Defendant's Answer and Affirmative Defenses
to Plaintiffs' Complaint for Damages – 4
Case No.: 2:25-cv-00219-MKD

4925-0020-0276, v. 1

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

2.13   Paragraph 2.13 is not directed at State Farm and does not require an answer.  To the extent an answer is required, State Farm denies.

2.14   State Farm admits the Policy is a written document which speaks for itself and its terms, conditions, provisions, and exclusions are incorporated herein. The Policy provides benefits according to its terms, conditions provisions, and exclusions.  To the extent the allegations in paragraph 2.14 of the Complaint conflict with the Policy's terms, conditions, provisions, and exclusions, State Farm denies.

2.15   Paragraph 2.15 asserts a legal conclusion to which no response is required.  To the extent a response is required, State Farm denies.

2.16   Paragraph 2.16 asserts a legal conclusion to which no response is required.  To the extent a response is required, State Farm denies.

2.17   This paragraph contains a legal conclusion to which no response is required.  To the extent a response is required, State Farm admits it owes certain duties in accordance with statutory, regulatory, and common law.  State Farm denies any remaining allegations is Paragraph 2.17.

2.18   State Farm admits the Policy is a written document which speaks for itself and its terms, conditions, provisions, and exclusions are incorporated herein. The Policy provides benefits according to its terms, conditions provisions, and exclusions.  To the extent the allegations in paragraph 2.18 of the Complaint conflict

Defendant's Answer and Affirmative Defenses
to Plaintiffs' Complaint for Damages – 5
Case No.:  2:25-cv-00219-MKD

**Forsberg & Umlauf, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 689-8500 • (206) 689-8501 FAX

4925-0020-0276, v. 1

with the Policy's terms, conditions, provisions, and exclusions, State Farm denies. State Farm denies any remaining allegations in Paragraph 2.18.

    2.19    Paragraph 2.19 asserts a legal conclusion to which no response is required. To the extent a response is required, State Farm denies.

    2.20    Paragraph 2.20 asserts a legal conclusion to which no response is required. To the extent a response is required, State Farm denies.

    2.21    Paragraph 2.21 asserts a legal conclusion to which no response is required. To the extent a response is required, State Farm denies.

    2.22    Paragraph 2.22 asserts a legal conclusion to which no response is required. To the extent a response is required, State Farm denies.

    2.23    State Farm admits it received an Insurance Fair Conduct Act Notice from counsel for Plaintiffs on March 24, 2025. State Farm denies any remaining allegations in Paragraph 2.23.

    2.24    State Farm admits it denied coverage for Plaintiffs' claims based on the Policy's terms, conditions provisions, and exclusions and the facts and circumstances of Plaintiffs' claim. State Farm denies any remaining allegations in Paragraph 2.4.

    2.25    Deny.

    2.26    Deny.

Defendant's Answer and Affirmative Defenses to Plaintiffs' Complaint for Damages – 6
Case No.: 2:25-cv-00219-MKD

4925-0020-0276, v. 1

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

2.27   Deny.

2.28   State Farm admits it issued a letter regarding its coverage position, and said letter speaks for itself.

2.29   Upon information and belief, State Farm admits Plaintiffs retained Property Claim Advocates in connection with their claim.  The remaining allegations of Paragraph 2.29 are not directed at State Farm and do not require an answer.  To the extent a response is required, State Farm denies.

2.30   Paragraph 2.30 asserts a legal conclusion to which no response is required.  To the extent a response is required, State Farm denies.

2.31   Deny.

2.32   Deny.

### III.  CAUSES OF ACTION

### FIRST CAUSE OF ACTION
**(Insurance Fair Conduct Act – RCW 48.30 *et seq*., RCW 19.86 *et seq*.)**

3.1   Paragraph 3.1 is an incorporation paragraph to which no response is required.  To the extent a response is required, State Farm denies.

3.2   State Farm admits it owes certain duties in accordance with statutory, regulatory, and common law.  State Farm denies any remaining allegations in Paragraph 3.2.

3.3   Deny.

Defendant's Answer and Affirmative Defenses
to Plaintiffs' Complaint for Damages – 7
Case No.:  2:25-cv-00219-MKD

4925-0020-0276, v. 1

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 689-8500 • (206) 689-8501 FAX

3.4	Deny.

3.5	State Farm admits it denied coverage for Plaintiffs' claims based on the Policy's terms, conditions provisions, and exclusions and the facts and circumstances of Plaintiffs' claim. State Farm denies any remaining allegations of Paragraph 3.5.

3.6	Deny.

3.7	Deny.

3.8	This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, State Farm denies.

3.9	Deny.

3.10	Deny.

## SECOND CAUSE OF ACTION
### (Bad Faith Violations)

3.11	Paragraph 3.11 is an incorporation paragraph to which no response is required. To the extent a response is required, State Farm denies.

3.12	Paragraph 3.12 asserts a legal conclusion to which no response is required. To the extent a response is required, State Farm denies.

3.13	Paragraph 3.13 asserts a legal conclusion to which no response is required. To the extent a response is required, State Farm denies.

3.14	Deny.

Defendant's Answer and Affirmative Defenses
to Plaintiffs' Complaint for Damages – 8
Case No.: 2:25-cv-00219-MKD

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

4925-0020-0276, v. 1

3.15   Deny.

3.16   Deny.

3.17   Deny.

3.18   Deny.

3.19   Deny.

## THIRD CAUSE OF ACTION
### (Breach of Contract)

3.20   Paragraph 3.20 is an incorporation paragraph to which no response is required.  To the extent a response is required, State Farm denies.

3.21   Paragraph 3.21 asserts a legal conclusion to which no response is required.  To the extent a response is required, State Farm denies.

3.22   Paragraph 3.22 asserts a legal conclusion to which no response is required.  To the extent a response is required, State Farm denies.

3.23   Paragraph 3.23 asserts a legal conclusion to which no response is required.  To the extent a response is required, State Farm denies.

3.24   Paragraph 3.24 asserts a legal conclusion to which no response is required.  To the extent a response is required, State Farm denies.

3.25   Deny.

3.26   Deny.

Defendant's Answer and Affirmative Defenses
to Plaintiffs' Complaint for Damages – 9
Case No.:  2:25-cv-00219-MKD

4925-0020-0276, v. 1

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 689-8500 • (206) 689-8501 FAX

## FOURTH CAUSE OF ACTION
### (Consumer Protection Act)

3.31 Paragraph 3.31 is an incorporation paragraph to which no response is required. To the extent a response is required, State Farm denies.

3.32 Deny.

3.33 Deny.

3.34 Deny.

3.35 State Farm admits it is in the business of insurance. State Farm denies any remaining allegations in paragraph 3.35.

3.36 Deny.

3.37 Deny.

## FIFTH CAUSE OF ACTION
### (Declaratory Judgment / RCW 7.24)

3.38 Paragraph 3.38 is an incorporation paragraph to which no response is required. To the extent a response is required, State Farm denies.

3.39 Paragraph 3.39 seeks a declaration and/or a claim for relief from the court and does not assert any allegations against State Farm. To the extent any allegations are asserted and a response is required, State Farm denies.

3.40 Paragraph 3.40 seeks a declaration and/or a claim for relief from the court and does not assert any allegations against State Farm. To the extent any

Defendant's Answer and Affirmative Defenses to Plaintiffs' Complaint for Damages – 10
Case No.: 2:25-cv-00219-MKD

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

4925-0020-0276, v. 1

allegations are asserted and a response is required, State Farm denies.

    3.41    Paragraph 3.41 seeks a declaration and/or a claim for relief from the court and does not assert any allegations against State Farm. To the extent any allegations are asserted and a response is required, State Farm denies.

    3.42    Deny.

### SIXTH CAUSE OF ACTION
### (Negligent Claims Handling)

    3.43    Paragraph 3.43 is an incorporation paragraph to which no response is required. To the extent a response is required, State Farm denies.

    3.44    Deny.

    3.45    Deny.

    3.46    Deny.

    3.47    Deny.

    3.48    Deny.

    3.49    Deny.

    3.50    Deny.

    3.51    Deny.

### IV. DAMAGES

    4.1    Deny.

    4.2    Deny.

Defendant's Answer and Affirmative Defenses to Plaintiffs' Complaint for Damages – 11
Case No.: 2:25-cv-00219-MKD

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

4925-0020-0276, v. 1

4.3    Paragraph 4.3 asserts a legal conclusion to which no response is required. To the extent a response is required, State Farm denies.

4.4    Deny.

4.5    Deny.

## PRAYER FOR RELIEF

State Farm denies Plaintiffs are entitled to the relief sought in their Prayer for Relief (1-5).

## V.  OMNIBUS DENIAL

State Farm denies any unanswered allegations in Plaintiff's Complaint.

## VI.  AFFIRMATIVE DEFENSES

By way of further answer and affirmative defense, State Farm asserts the following affirmative defenses. In denominating these matters as defenses, State Farm makes no representations or admissions about the burden of proof on such matters, or waives any other available defenses, including defenses which may be revealed during discovery.

6.1    On information and belief, Plaintiffs' claims are barred to the extent the equitable doctrines of waiver, estoppel, unclean hands, and laches apply.

6.2    Plaintiffs are not entitled to recover under the Policy because exclusions, limitations, terms, conditions, definitions, endorsements, or other

Defendant's Answer and Affirmative Defenses
to Plaintiffs' Complaint for Damages – 12
Case No.:  2:25-cv-00219-MKD

4925-0020-0276, v. 1

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 689-8500 • (206) 689-8501 FAX

provisions apply.

6.3  Plaintiffs may have failed to mitigate their damages and protect them from avoidable consequences.

6.4  Plaintiffs' damages may have been caused by third parties over which State Farm has no control, including, but not limited to Property Claim Advocates and Restoration 1.

6.5  Plaintiffs' harm may have been caused by their own acts or omissions.

6.6  Plaintiffs fail to state a claim upon which relief can be granted.

## VII.  STATE FARM'S PRAYER FOR RELIEF

Wherefore, having fully answered Plaintiff's Complaint for Damages and having asserted its Affirmative Defenses, State Farm prays for the following relief:

7.1  For dismissal of Plaintiffs' Complaint with prejudice;

7.2  That State Farm be awarded its costs and attorneys' fees as allowed by law;

7.3  That State Farm's Answer be amended to conform to proof offered at the time of trial; and

//

//

//

Defendant's Answer and Affirmative Defenses to Plaintiffs' Complaint for Damages – 13
Case No.: 2:25-cv-00219-MKD

4925-0020-0276, v. 1

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 689-8500 • (206) 689-8501 FAX

7.4  For such other and further relief as this Court deems just and equitable.

Dated this 10th day of July, 2025.

          *s/ Ryan J. Hesselgesser*
          Ryan J. Hesselgesser, WSBA #40720
          John B. McDonald, WSBA #57511
          Forsberg & Umlauf, P.S.
          401 Union St., Suite 1400
          Seattle, WA  98101
          Phone:  (206) 689-8500
          rhesselgesser@foum.law
          jmcdonald@foum.law
          *Attorneys for Defendant State Farm Fire and Casualty Company*

Defendant's Answer and Affirmative Defenses
to Plaintiffs' Complaint for Damages – 14
Case No.:  2:25-cv-00219-MKD

4925-0020-0276, v. 1

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 689-8500 • (206) 689-8501 FAX